UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VINCENT TAYLOR** §

    **Plaintiff,**

VS. § CASE NO.

8:04-CV-2732-T-26TGW

**TARGET CORP** §

    **Defendant.** §
_____/

## COMPLAINT

COMES NOW, the Plaintiff, VINCENT TAYLOR and files this complaint against TARGET CORP., hereinafter called Defendant, and alleges:

1. That jurisdiction for this cause of action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000, et. seq, as amended, and pursuant to the Civil Rights Acts of 1866, 1870 and 1991, as follows:

2. That all administrative remedies have been exhausted at the U.S. Department of Justice, Civil Rights Division and "Notice of Right To Sue" letter was issued to Plaintiff. See Exhibit A attached.

3. The Plaintiff is a resident of Largo, Florida, Pinellas County; and the Defendant is a private corporation located in Pinellas County.

4. That the Defendant's agents treated similarly situated non-empoyees more favorably than the Plaintiff, who is an African American male, with respect to

job assignments leading to promotions, quality of job assignment, promotion opportunities, and overall terms and conditions of employment.

5. That the Defendant's agents directed racially-charged or derogatory words at the plaintiff and said words altered the terms and conditions of the Plaintiff's employment and created a hostile work environment.

6. That the Defendant's agents spread libelous statements regarding plaintiff's job performance.

WHEREFORE Plaintiff demands judgment for damages in the amount of $300,000.00, costs, attorneys fees, and additional remedies deemed appropriate by this Honorable Court against the Defendant.

Respectfully Submitted:

Vincent Taylor
2051 23rd Street S.W.
Largo, Florida 33774
(727) 585-5956

EOC Form 161 (10/96)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | From: |
|---|---|
| Mr. Vincent Taylor<br>2051 23rd Street<br>Largo, Florida 33774 | U. S. Equal Employment Opportunity Commission<br>Tampa Area Office<br>501 E. Polk Street, Room 1020<br>Tampa, Florida 33602 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 151-2004-00756 | Patricia A. King, Investigator | (813) 228-2310 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] We cannot investigate your charge because it was not filed within the time limit required by law.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You had 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[x] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)* _____

### — NOTICE OF SUIT RIGHTS —
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may pursue this matter further by bringing suit in federal or state court against the respondent(s) named in the charge. If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice. Otherwise your right to sue based on the above-numbered charge will be lost.

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible. (If you file suit, please send a copy of your court complaint to this office.)

On behalf of the Commission

*[signature]* 9/20/04

Manuel Zurita, Area Director  (Date Mailed)

Enclosure
Copy of Charge

cc: Lynda Van Dyke,
Executive Team Leader - Team Relations
Target Stores
10500 Ulmerton Road East
Largo, Florida 33771

Rodrick O. Ford, Attorney
Ford & Associates
P.O. Box 17421
Tampa, Florida 33682-7421